IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LATOSHA MARSHALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-cv-1084-K-BN |
| | § | |
| FREEDOM MORTGAGE CORPORATION, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated October 3, 2022, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. The Court **GRANTS** Defendant's Motion to Dismiss [Dkt. No. 7] and dismisses Plaintiff's claim for negligent misrepresentation with prejudice and Plaintiff's claim for breach of contract and request for injunctive relief without prejudice.

Within 21 days from the date of this order, Plaintiff may file an amended complaint to replead her claim for breach of contract and request for injunctive relief,

if she can, consistent with this recommendation and the conclusions and findings of the U.S. Magistrate Judge. Failure to do so, will result in those claims will be dismissed with prejudice without further notice.

    **SO ORDERED.**

    **Signed October 25th, 2022.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE